# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | |
|---|---|
| **In re:** | |
| **Kum Ju Choi DBA Q Cleaners of Crystal Lake, Illinois** | Case No.: **15-83023** |
| **Young Ho Choi DBA Q Cleaners of Crystal Lake, Illinois** | Chapter **7** |
| | Judge **Thomas M Lynch** |
| | * * * * * * * * * * * * * * * * * * * * * |
| **Debtor.** | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Comes now Todd J. Ruchman and enters his appearance as counsel for Nationstar Mortgage LLC, its successor and assigns ("Creditor") in the above referenced case. Please send any and all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Todd J. Ruchman
Todd J. Ruchman (6271827)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Keith Levy (6279243)
Sarah E. Willms (28840-64)
Edward R. Peterka (6220416)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

15-037486_KKC

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 780 Regent Street, Suite 304, Madison, WI 53715

Bernard J. Natale, 1639 N Alpine Road , Suite 401, Rockford, IL  61107

The below listed parties were served via regular U.S. Mail, postage prepaid, from 1400 Goodale Blvd,  Grandview Heights, OH 43212, on December 10, 2015:

John P. Dickson, Attorney for Kum Ju Choi DBA  Q Cleaners of Crystal Lake, Illinois and Young Ho Choi DBA  Q Cleaners of Crystal Lake, Illinois, Bruning & Associates, P.C., 333 Commerce Drive, Suite 900, Crystal Lake, IL  60014

Kum Ju Choi DBA  Q Cleaners of Crystal Lake, Illinois and Young Ho Choi DBA  Q Cleaners of Crystal Lake, Illinois, 16 Fawn Ridge Dr., Oakwood Hills, IL  60013

Kum Ju Choi DBA  Q Cleaners of Crystal Lake, Illinois and Young Ho Choi DBA  Q Cleaners of Crystal Lake, Illinois, 16 Fawnridge Drive, Oakwood Hills, IL 60013

/s/ Todd J. Ruchman

15-037486_KKC