### UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| YOUNG HO CHOI | ) | CASE NO: 15-83023 |
| KUM JU CHOI | ) | |
| | ) | |
| DEBTOR(S) | ) | CHAPTER 7 |

THE TRUSTEE, BERNARD J NATALE, has filed papers with the Court for the:

**NOTICE OF TRUSTEE'S OBJECTION TO DEBTORS' CLAIM OF EXEMPTIONS**

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you desire a copy of the Motion , please contact the undersigned and one will be sent to you.

If you do not want the Court to grant the Motion and want the Court to consider your views on said Motion, you or your attorney must:

1. File a written response to the above Motion or before the date set for the hearing on the Motion at the U.S. Bankruptcy Court 327 S Church St, Room 1100, Rockford, IL; OR
2. Attend the hearing scheduled to be **January 20, 2016 @ 9:30 AM** In the United States Bankruptcy Court, 327 S Church St, Room 3100, Rockford, Illinois.

If you mail your Response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:   BERNARD J NATALE, LTD
                                BERNARD J. NATALE
                                Edgebrook Office Center
                                1639 N Alpine Road Suite 401
                                Rockford, Illinois 61107
                                815-964-4700

If you or your attorney do not take these steps, the court may decide that you do not oppose the Motion and grant the same.

Date:  January 7, 2016

/S/   BERNARD J NATALE
BERNARD J. NATALE
Edgebrook Office Center
1639 N Alpine Road, Suite 401
Rockford, Illinois 61107

## PROOF OF SERVICE

STATE OF ILLINOIS           )
                            )  SS
COUNTY OF WINNEBAGO         )

      The undersigned, being first duly sworn on oath deposes and states that she served the attached **Notice of Trustee's Objection to Debtors' Claim of Exemptions** by placing a true and correct copy of the same in an envelope, on the 7th day of January, 2016 and deposited into the United States Mail to the name listed below.

| | |
|---|---|
| Young Ho Choi | Attorney John P Dickson |
| Kum Ju Choi | 1301 Pyott Road Suite 205 |
| 16 Fawn Ridge Dr | Lake in the Hills IL 60156 |
| Oakwood Hills IL 60013 | |

                                                /s/ Denise Bennett

Subscribed and sworn to before me this
7th day of January, 2016

/s/    Mary D Magnuson  _____
Notary Public

My commission expires February 21, 2016

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| YOUNG HO CHOI | ) | CASE NO: 15-83023 |
| KUM JU CHOI | ) | |
| | ) | |
| DEBTOR(S) | ) | CHAPTER 7 |

**TRUSTEE'S OBJECTION TO DEBTORS' CLAIM OF EXEMPTIONS**

NOW COMES the Trustee, BERNARD J. NATALE and for his certain objection to the debtors' claim of exemptions states as follows:

1. The debtors, Young Ho Choi & Kum Ju Choi, filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on December 3, 2015.

2. At all relevant times herein, Bernard J Natale has been the duly appointed, qualified and acting trustee for the estate of the above named debtor.

3. Debtors Offical Form 1061, Schedule I, lists joint debtors employment status as "not employed". Debtors Offical Form 107, Statement of Financial Affairs for Individuals filing Bankruptcy, the debtors answer to Question #11 indicates that the debtors operated a dry cleaning business under the assumed name of Q Cleaners prior to 2009 until September 3, 2015.

4. The Debtors testified at their first meeting of creditors under oath that they were no longer in business, and were evicted from their business premises on September 2, 2015.

5. Debtors Offical Form 106A/B, Schedule A/B: Property, lists in answer to Question #40 – Machinery, fixtures, equipment, supplies you use in business, and tool of your trade drycleaning equipment used at Q Cleaners drycleaning business including (1) Multimatic Shopstar Cleaning Machiner, (1) Cissell Spotting Board, (1) BMM 32 Hot Head, (1) 3 piece Ajax Shirt Unit, (1) 15hp boiler w/return and blow down, (1) T30 Air Compressor, (1) Family Pride Dryer, (1) Unimac UV50pvq, (1) Fast Back Legger,

(1) Forenta 22BP Topper, (2) Hoffman Utility Foot Stompers, (1) Cissell Form Finisher, (1) Rema RP-5, (1) Forenta 42SURM, (2) Saratoga SA500 Conveyors, (1) White N800 Conveyor with a value of $4,500.00.

6. On Offical Form 106C: Property Claimed as Exempt the debtors lists an exemption in the aforesaid dry cleaning equipment pursuant to 735 ILCS 5/12-1001(d) as a tool of the trade in the sum of $3,000.00, and stack a remaining wildcard exemption on said equipment pursuant to 735 ILCS 5/12-1001(b) in the sum of $1,500.00.

7. Given the debtors bankruptcy petition, schedules and statement of financial affairs sworn to under oath that the debtors were not employed as of the date of the bankruptcy filing herein, and further that their business had been closed on September 3, 2015, the debtors are not entitled to claim an exemption as a tool of the trade in the aforesaid dry cleaning equipment pursuant to 735 ILCS 5/12-1001(d).  Further, if the debtors exemption in the aforesaid dry cleaning equipment as a tool of the trade fails, then there is no said exemption by which the debtor my stack the remaining wildcard exemption against a tool of the trade property, and therefore, may not claim an exemption under the Illinois wildcard for personal property in that said property is not being used for business purposes.

**WHEREFORE,** Trustee prays that the the debtors claims of exemptions as set forth herein be denied.

Dated: January 7, 2016

/S/   **BERNARD J NATALE**
BERNARD J NATALE, TRUSTEE FOR THE
ESTATE OF YOUNG HO CHOI AND
KUM JU CHOI

PREPARED BY:
ATTORNEY BERNARD J. NATALE
BERNARD J. NATALE, LTD.
1639 N ALPINE ROAD SUITE 401
ROCKFORD, IL 61107
PHONE: 815-964-4700