Form NTCFTFC7

# United States Bankruptcy Court
*Northern District of Illinois*
*Western Division*
*327 South Church Street*
*Rockford, IL 61101*

In Re:

Young Ho Choi
16 Fawn Ridge Dr.
Oakwood Hills, IL 60013
SSN: xxx–xx–7886 EIN: N.A.
fdba Q Cleaners of Crystal Lake, Illinois

Kum Ju Choi
16 Fawn Ridge Dr.
Oakwood Hills, IL 60013
SSN: xxx–xx–1322 EIN: N.A.
fdba Q Cleaners of Crystal Lake, Illinois

Case No. : 15–83023
Chapter : 7
Judge : Thomas M. Lynch

Debtor's Attorney:
John P Dickson
Dickson Law Group, LLC
1301 Pyott Road, Suite 213
Lake in the Hills, IL 60156

8153175193

Trustee:
Bernard J Natale
Bernard J. Natale, Ltd.
1639 N Alpine Road
Suite 401
Rockford, IL 61107

815–964–4700

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on ***December 2, 2015*** .

1. ***April 11, 2016*** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. ***May 31, 2016*** is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: January 8, 2016

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court