UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  15-83023 |
| Young Ho Choi | ) | |
| Kum Ju Choi | ) | Chapter: 7 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### Order Authorizing Employment of Attorneys for Trustee

This matter coming for hearing on the Trustee's Motion to Employ Attorneys, wherein the Trustee applies for an Order requesting the appointment of ATTORNEY BERNARD J. NATALE, ATTORNEY MEGHAN BOLTE AND THE LAW FIRM OF BERNARD J NATALE, LTD., to represent him in all matters and things pertaining to the Estate of said Debtor.  The court having examined said Application and now being fully advised in the premises finds:

1) That it is has jurisdiction over all matters and things contained therein.
2) That it is necessary and proper for the Trustee, to have attorneys to represent him.

Now, Therefore, it is Ordered, Adjudged and Decreed that ATTORNEY BERNARD J. NATALE, ATTORNEY MEGHAN BOLTE AND THE LAW FIRM OF BERNARD J NATALE, LTD., are hereby authorized to act as attorneys for the Trustee for all matters pertaining to said Estate as set forth in the Trustee's motion.

Enter: *[signature]*

Honorable Thomas M. Lynch

United States Bankruptcy Judge

Dated:  January 20, 2016

**Prepared by:**

Attorney Bernard J. Natale
Bernard J Natale, Ltd
1639 N Alpine Road Suite 401
Rockford IL 61107
815-964-4700