# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

HONORABLE THOMAS M. LYNCH                     Hearing Date: 2/3/16

Bankruptcy Case No. 15-83023         Adversary No. _____

Title of Cause: Young Ho Choi and Kum Ju Choi

**Brief Statement of Motion:** _____

**Name and Addresses of moving counsel:** Meghan Bolte, 1639 N Alpine Suite 401, Rockford, IL 61107

**Representing:** Bernard J Natale, Trustee

## ORDER

Evidentary hearing is set for May 23rd at 11AM. Parties have 60 days, until April 4th, to complete any appraisals and to share note any such appraisal with opposing counsel. Parties shall disclose exhibits to be used at trial and any witnesses to opposing counsel at least 14 days before the evidentary hearing.

DATE: FEB - 3 2016

ENTER:

JUDGE THOMAS M. LYNCH

**Prepared and Submitted by:**
Meghan Bolte